

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE | § | No. 08-18-00214-CV |
|  | § |  |
| DISH NETWORK, LLC AND ECHOSPHERE, LLC, | § | AN ORIGINAL PROCEEDING |
|  | § | IN MANDAMUS |
| RELATORS | § |  |

## J U D G M E N T

The Court has considered this cause on the Relators' petition for writ of mandamus against the Honorable Selena Solis, Judge of the 243rd District Court of El Paso County, Texas and concludes that Relators' petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 21ST DAY OF AUGUST, 2019.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.